IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendants. | No. 1:05-cv-02437-CKK |
| National Association of Home Builders, <br><br> Applicant-Intervenor. | |

## MOTION TO INTERVENE

COMES NOW the National Association of Home Builders ("NAHB") and hereby moves to intervene in the above-captioned action pursuant to Rule 24 of the Federal Rules of Civil Procedure.[1] The proceeding before this Court revolves around Plaintiffs' attempt to force EPA to promulgate rules and regulations relating to renovation and remodeling activities in residences and other structures that may have lead-based paint. Should Plaintiffs attain the relief they seek, including what appears to amount to special access for Plaintiffs to influence the rulemaking process and the shape and scope of any such renovation and remodeling rules and regulations, many of NAHB's members will be unfairly given a backseat in a process that will directly

---

[1] Counsel for defendants has indicated that the defendants do not object to this motion. Counsel for plaintiffs has indicated that the plaintiffs do not consent to this motion pending review of the papers being filed by NAHB in connection with the motion.

impact how they conduct their activities. Because NAHB's membership includes a large number of renovators and remodelors who will be subject to any rules and regulations relating to renovation and remodeling in residences that may contain lead-based paint, it is essential that NAHB be given equal access and opportunity to participate in any rulemaking that is the result of this lawsuit as well as any discussions concerning the rulemaking process in order to protect the interests of its members.

Thus, NAHB and its members have a significant interest in this action which may be impaired by the disposition of this case, and its interests are currently unrepresented by any of the parties to the case. For these reasons and others more fully set forth in the accompanying Memorandum in Support of Motion to Intervene, NAHB prays that this Court enter an order granting NAHB's motion to intervene in this action.

Dated: April 7, 2006

Respectfully submitted,

*Thomas C. Jackson*
Thomas C. Jackson
D.C. Bar No. 384708
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-639-7710
Facsimile: 202-585-1009
thomas.jackson@bakerbotts.com

Attorneys for Applicant-Intervenor
National Association of Home Builders

Mary Lynn Pickel
Director of Legal Services, Advocacy Group
National Association of Home Builders
1201 15th Street, NW
Washington, DC 20005-2800
Telephone:    (202) 266-8485
Facsimile:     (202) 266-8161
                     (800) 368-5242, Ext. 8485
mlpickel@nahb.com

Of Counsel

DC01:440320.2

3