IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendants. <br><br> National Association of Home Builders, <br><br> Applicant-Intervenor. | No. 1:05-cv-02437-CKK |

## DECLARATION OF MARY LYNN PICKEL

I, Mary Lynn Pickel, do hereby declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am employed by the National Association of Home Builders ("NAHB") as Director of Legal Services for NAHB's Advocacy Group.

3. My responsibilities include advising NAHB and its members regarding federal regulatory programs such as the U.S. Environmental Protection Agency ("EPA") programs under the Toxic Substances Control Act ("TSCA") with respect to control of exposure to lead-

DC01:440546.1

       programs under the Toxic Substances Control Act ("TSCA") with respect to control of lead-based paint hazards. I have represented NAHB with respect to lead-based paint issues for the last several years.

4. NAHB is a non-profit corporation incorporated in the State of Nevada with headquarters in Washington, D.C. NAHB is a national trade association consisting of more than 224,000 builders, developers, remodelors, and associated members organized into more than 800 affiliated state and local associations in all 50 states, the District of Columbia, and Puerto Rico. NAHB's members are involved in home building, remodeling, multifamily construction, property management, subcontracting, design, housing finance, building product manufacturing and other aspects of residential and light commercial construction.

5. NAHB is the voice of the housing industry in the United States. The overwhelming majority of NAHB's members are small businesses, but its builder members constructed about 80 percent of the more than 1.93 million new housing units projected to be built in the United States in 2006.

6. NAHB's Remodelors™ Council represents the 14,000 remodeling industry members of NAHB. Founded in 1982, the Council provides information, education and designation programs to improve the business and construction expertise of its members and to enhance the professional image of the industry. "Remodelor" is the trademarked identifier of NAHB members active in the remodeling industry. The Council's membership incorporates 160 local councils in 43 states.

7. In addition, NAHB specifically represents the interests of market-rate, affordable, and for-sale multifamily developers and owners. Almost 1,000 NAHB members have paid

additional dues to join NAHB's Multifamily Council, a specialty membership opportunity which is specifically focused on the issues and business interests of apartment and condominium builders, developers, owners and managers. However, almost 9,000 NAHB members, representing 150,000 employees, report a primary, secondary, or tertiary business interest in multifamily housing.

8. One of NAHB's principal purposes is to advocate on behalf of its members, including advocacy for its remodelor members with respect to issues such as the adoption of regulations at the federal, state and/or local levels that govern various aspects of renovation and remodeling activities.

9. Consistent with this purpose, NAHB has spent significant time and resources since the Residential Lead-Based Paint Hazard Reduction Act of 1992 was passed by Congress educating its members regarding the requirements of the Act and working with EPA, the U.S. Department of Housing and Urban Development ("HUD"), and the Occupational Safety & Health Administration ("OSHA") to assist in development and implementation of regulations and programs to comply with the Act.

10. For example, in September 1998 NAHB joined several other organizations in submitting comments to EPA concerning a proposed rule under Section 403 of the Toxic Substances Control Act pursuant to which EPA proposed to establish levels of lead in lead-based paint, lead-contaminated dust and lead-contaminated soil that would be considered hazardous.

11. In February 1999, NAHB submitted comments to EPA concerning its proposed rule under the Resource Conservation and Recovery Act regarding the management and disposal of construction and demolition debris containing lead-based paint.

12. In November 1999, an NAHB Remodelor member served on the Small Business Advocacy Review Panel convened by EPA in connection with its development of regulations for renovation and remodeling activities.

13. In November 2001, NAHB again submitted comments to EPA regarding another rulemaking under RCRA with respect to the disposal of residential waste containing lead-based paint.

14. In 2003, NAHB began working with EPA in connection with the Agency's proposal to develop a Voluntary Initiative for Lead-Safe Work Practices in lieu of the adoption of regulations governing renovation and remodeling activities in homes with lead-based paint. NAHB devoted significant resources to the development of this initiative before it was abandoned by EPA in 2005 in favor of the development of regulations.

15. NAHB's members who are involved in the renovation and remodeling industry would be affected by any regulations adopted by EPA to govern renovation and remodeling activities that may occur in residences that have or may have lead-based paint. Such regulations may include requirements that companies proposing to engage in such activities receive training in practices to minimize hazards from lead-based paint and be certified by EPA to conduct such activities. Such regulations may also include requirements with respect to various work practices such as measures to control lead dust and required procedures for testing surfaces to demonstrate the absence of hazards from lead. Such regulations could impose added costs on NAHB's members. These costs may be significant, particularly for NAHB's many small business members.

16. In light of these potential impacts, NAHB intends to submit comments to EPA regarding its proposed rule published in the Federal Register on January 10, 2006 imposing

requirements on individuals and entities that perform renovations in "target housing," *i.e.*, housing built before 1978, to reduce exposure to lead hazards in connection with such renovation and remodeling activities.

17. If NAHB's comments are not given weight equal to that of other stakeholders, including the plaintiffs in this case, NAHB's members may be adversely affected as a result of the imposition of more stringent regulatory requirements that will directly affect their renovation and remodeling activities and result in higher costs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2006

Mary Lynn Pickel

DC01:440546.1

5