UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEPHEN JOHNSON,<br>Administrator, United States Environmental Protection Agency,<br><br>    Defendants. | Civil Action No. 05–2437 (CKK) |

**ORDER**
(April 21, 2006)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 21st day of April, 2006, hereby

ORDERED that the National Association of Home Builders' [4] Motion to Intervene as a Defendant is GRANTED pursuant to Federal Rule of Civil Procedure 24(a)(2); it is also

ORDERED that all Parties (including NAHB) in the instant action are to submit a Joint Status Report to the Court by May 11, 2006, setting forth a briefing schedule; it is also

ORDERED that NAHB should separately docket its proposed Answer on ECF.

           /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge