UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY, *et al.*,

    Plaintiffs,

v.

STEPHEN JOHNSON,
Administrator, United States Environmental
Protection Agency,

    Defendants,

NATIONAL ASSOCIATION OF HOME
BUILDERS,

    Intervenor.

Civil Action No. 05–2437 (CKK)

---

**FIRST PROPOSED BRIEFING SCHEDULE**

---

In accordance with the Court's April 21, 2006 Order, Plaintiffs, Public Employees for Environmental Responsibility, *et al.*, Defendants, Stephen Johnson and the U.S. Environmental Protection Agency, and Intervenor, National Association of Home Builders have conferred and respectfully submit the following proposed briefing schedule for the Court's consideration.

    1.    May 15, 2006:    Scheduling Order issued.

    2.    June 15, 2006:    EPA submits the Record.

    3.    July 17, 2006:    Non-agency parties file objections (if any) to the Record.

4. September 15, 2006: Plaintiffs file Motion for Summary Judgment.

5. November 15, 2006: EPA files a Response/Cross-motion.

6. December 15, 2006: NAHB files a response.

7. January 16, 2007: Plaintiffs file a Reply/Opposition to Response/Cross-motion.

8. February 15, 2007: EPA files a Reply on Cross-motion.

9. Thereafter, the Court will set a schedule for argument.

Respectfully submitted this 11th day of May, 2006.

/s/
_____
Richard E. Condit, Bar #417786
General Counsel
Public Employees for Environmental Responsibility
2000 P Street, NW, Suite 240
Washington, D.C. 20036
Tel. 202.265.7337 x. 231
Counsel for Plaintiffs

/s/ (with approval)
_____
David Gunter
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Tel. 202.514.3785
Counsel for Defendants

/s/ (with approval)
_____
Thomas C. Jackson, Bar #384708
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel. 202.639.7710
Counsel for Intervenor