IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) No. 05-cv-02437 (CKK) ) ) ) ) ) ) ) |

**DEFENDANTS' STATEMENT CONCERNING
THE ADMINISTRATIVE RECORD**

Defendants Stephen Johnson and the United States Environmental Protection Agency (collectively "EPA") hereby notify the Court that, in EPA's view, there is no administrative record that would provide an appropriate basis for the resolution of Plaintiffs' claim that EPA has failed to perform a nondiscretionary duty under a provision of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2619. Plaintiffs claim that EPA has failed to promulgate certain regulations concerning lead-based paint renovation and remodeling activities, as required by TSCA § 402(c), 15 U.S.C. § 2682(c). On May 11, 2006, the parties submitted to the Court a joint proposed briefing schedule for summary judgment, which proposed a date of June 15, 2006 for the submission of the administrative record. The Court adopted that date by paperless Minute Order on May 23, 2006.

Since that time, EPA has concluded that it cannot identify a specific set of documents that

constitutes an administrative record in this case. Because Plaintiffs have not sought review of any final agency action, and allege no specific decision by EPA not to promulgate any regulation, there is no record for the Court to review. By declining to submit an administrative record, EPA does not intend to preclude the submission to the Court in connection with summary judgment motions any evidence which may be relevant to such motions under the governing case law.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

_____
DAVID GUNTER
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-3785 (phone)
(202) 514-8865 (fax)
David.Gunter2@usdoj.gov

Dated:      June 15, 2006