UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendant. | No. 05-cv-02437 (CKK) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION TO EPA'S MOTION TO DISMISS**

On September 1, 2006, this Court stayed the briefing schedule for summary judgment and set a briefing schedule for EPA's Motion to Dismiss for Lack of Subject Matter Jurisdiction, which was filed on August 31, 2006. Plaintiffs' Opposition was due on September 22, 2006, and Defendant's Reply was due on October 6, 2006. Due to the press of other business, Plaintiffs will be unable to complete their Opposition to the Motion by September 22, 2006. Plaintiffs' counsel has consulted with Defendant's counsel, and the parties have reached agreement on the following revised schedule:

Plaintiffs' Opposition:    October 13

Defendant's Reply          October 27.

Plaintiffs hereby move the Court to adopt this schedule.

Respectfully submitted,


Richard E. Condit, D.C. Bar #417786
General Counsel
Public Employees for Environmental Responsibility
2000 P St., N.W. Suite 240
Washington, D.C. 20036
Tel. 202-265-7337

Counsel for Plaintiffs

Dated: September 21, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency,<br><br>Defendant. | No. 05-cv-02437 (CKK) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION TO EPA'S MOTION TO DISMISS**

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Opposition to EPA's Motion to Dismiss, and upon counsel's representation that the motion is unopposed, the Court finds good cause to grant the motion:

It is this _____ day of September, 2006, hereby

ORDERED, that Plaintiffs' Unopposed Motion for Extension of Time to File Opposition to EPA's Motion to Dismiss is hereby granted.  Plaintiffs shall file their Opposition to EPA's Motion to Dismiss no later than October 13, 2006.  Defendant shall file its Reply no later than October 27, 2006.

_____
Honorable Colleen Kollar-Kotelly
United States District Judge