UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendant. | No. 05-cv-02437 (CKK) |

**APPEARANCE OF COUNSEL**

Paula Dinerstein, of Public Employees for Responsibility, hereby enters an appearance as an additional counsel for the Plaintiffs in the above captioned case.

Respectfully submitted,

Paula Dinerstein
D.C. Bar No. 333971
Public Employees for Environmental Responsibility
2000 P St., N.W. Suite 240
Washington, D.C. 20036
Tel: 202-265-7337