50 of 50 DOCUMENTS

FEDERAL REGISTER

Vol. 61, No. 93

Unified Agenda

REGULATORY INFORMATION SERVICE CENTER

Introduction to The Regulatory Plan and the Unified Agenda of Federal Regulatory and Deregulatory Actions

Part II

*61 FR 62005*

**DATE:** Friday, November 29, 1996

**ACTION:** Introduction to The Regulatory Plan and the Unified Agenda of Federal Regulatory and Deregulatory Actions.

---
To view the next page, type .np* TRANSMIT.
To view a specific page, transmit p* and the page number, e.g. p*1
---

[*62005]

**SUMMARY:** The Regulatory Flexibility Act requires that agencies publish semiannual regulatory agendas describing regulatory actions they are developing *(5 U.S.C. 602)*. Executive Order 12866 "Regulatory Planning and Review" *(58 FR 51735;* October 4, 1993) and Office of Management and Budget memoranda implementing section 4 of that Order establish minimum standards for agencies' agendas, including specific types of information for each entry. In addition, the Office of Federal Procurement Policy Act Amendments of 1988 require the development and semiannual publication of a report on procurement regulations *(41 U.S.C. 421*(g)).

The Unified Agenda helps agencies fulfill all of these requirements. All Federal regulatory agencies have chosen to publish their regulatory agendas as part of this publication.

Section 4 of Executive Order 12866 also directs that, as part of their submissions to the October edition of the Unified Agenda, agencies prepare a regulatory plan of the most important significant regulatory actions that the agency reasonably expects to issue in proposed or final form during the upcoming fiscal year. The agency plans appear as the first section of this joint publication; the agency agendas follow.

**The Regulatory Plan** begins with Vice President Gore's statement, followed by an introduction, and then the regulatory plans of 30 Federal departments and agencies. Each of these agencies has also submitted a regulatory agenda describing its other regulatory actions. The regulatory agendas for these and 29 other Federal agencies appear in Parts III-LXI of this issue of the **Federal Register**, followed by indexes to both Plan and Agenda entries.

We welcome your comments on this joint publication and your suggestions for improving future ones.

**ADDRESSES:** Regulatory Information Service Center, 750 17th Street NW., Suite 500, Washington, DC 20006.

**Electronic Availability**

The full text of this edition of **The Regulatory Plan** and the **Unified Agenda of Federal Regulatory and Deregulatory Actions** can be searched on the World Wide Web. On the home page of the U.S. Business Advisor located at:

Environmental Protection Agency

Office of Prevention, Pesticides and Toxic Substances

Office of Prevention, Pesticides and Toxic

Washington, DC 20460

Phone: 202-260-1664

Email: penberthy.ward@epamail.epa.gov

**Rin:** 2070-AC61

**EPA**

## 102. SELECTED RULEMAKINGS FOR ABATING LEAD HAZARDS

**Priority:**

Economically Significant. Major status under *5 USC 801* is undetermined.

**Unfunded Mandates:**

Undetermined

**Legal Authority:**

*15 USC 2683;* PL 102-550

**CFR Citation:**

40 CFR 745

**Legal Deadline:**

Final, Statutory, April 28, 1994.

Final, Statutory, April 28, 1994, (Sections 403: 402: 404).

Final, Statutory, April 28, 1994, Final.

Final, Statutory, April 28, 1994, Statutory April 28.

Final, Statutory, April 28, 1994, 1994 (Sections 403.

Final, Statutory, April 28, 1994, 402.

Final, Statutory, April 28, 1994, 404).

**Abstract:**

The Residential Lead-Based Hazard Reduction Act of 1992 requires EPA to promulgate regulations that establish standards for determining hazards associated with lead-based paint, lead-contaminated soil, and lead-contaminated dust. EPA is to (a)identify the paint conditions and lead levels in dust and soil that would result in adverse human health ef-

Case 1:05-cv-02437-CKK   Document 15-2   Filed 10/13/2006   Page 3 of 4

Page 296

61 FR 62005, *

fects (on July 14, 1994, EPA issued guidance on section 403 to provide preliminary information while a proposal is being developed); (b) promulgate regulations (section 402) governing lead-based paint activities to ensure that individuals engaged in such activities are properly trained, that training programs are accredited, and that contractors engaged in such activities are certified (in addition, EPA must promulgate a Model State program (section 404) which may be adopted by any State which seeks to administer and enforce a State Program); (c) promulgate regulations (section 406) requiring renovators to provide a lead hazard information brochure (developed separately by EPA) to clients before beginning work; (d) promulgate, with HUD, regulations (Section 1018) that require the following before the sale or lease of pre-1978 housing: disclosure of lead-based paint hazards, provisions of a lead-paint information brochure to the prospective buyer or renter, and for buyers, and the opportunity to conduct a lead risk assessment or inspection, and (e) promulgate regulations (Section 402(c)(3)) addressing lead risks from renovation and remodeling activities or state why no regulation is necessary.

**Statement of Need:**

Childhood lead poisoning is a pervasive problem in the United States, with 1.7 million young children (8.9%) having more than 10 ug/dl of lead in their blood, Center for Disease Control's level of concern. Elevated blood-lead levels can lead to reduced intelligence and neurobehavioral problems in young children, as well as causing other adverse health effects in children and adults. Although there have been dramatic declines in blood-lead levels due to reductions of lead in paint, gasoline, and food sources, remaining paint in older houses remains the significant source of childhood lead poisoning. These rules are designed to reduce exposure to that source in a targeted and sensible manner.

**Alternatives:**

Alternatives to each of the mandated activities will be analyzed. However, in many cases (particularly regulations written under Sections 406 and 1018) the statute is very prescriptive. Under Section 403, the alternatives being considered include: (a) tiered standards; (b) integrated standards vs. independent standards; and (c) the possible acceptance of a usage factor in determining hazards.

**Anticipated Costs and Benefits:**

For rules promulgated under section 406 cost estimates have been provided with the proposed rule, and will be available with the final rule. For sections 402, 404 and 1018, the costs have been provided in the final economic impact analysis that was prepared in conjunction with the final rules. For section 403, costs will still need to be estimated in a draft economic impact analysis that will be prepared for the proposed rule. Since benefits depend on private sector implementation of certain lead hazard abatement activities which are not mandated by any of these rules, benefits will be difficult to quantify.

**Risks:**

These rules are aimed at reducing the prevalence and severity of lead poisoning, particularly in children.

**Timetable:**

**Section 1018**
  NPRM 11/02/94 *(59 FR 54984)*
  Final Action 03/06/96 *(61 FR 9064)*

**Section 402(c)(3)**
  NPRM 12/00/97
  Final Action 12/00/98

**Section 403**
  NPRM 11/00/96
  Final Action 09/00/97

**Section 406**
NPRM 03/02/94 *(59 FR 11108)*
Final Action 12/00/96

**Sections 402 and 404**
NPRM 09/02/94 *(59 FR 45872)*
Final Action 08/29/96 *(61 FR 45778)*

**Small Entities Affected:**

Businesses, Governmental Jurisdictions, Organizations

**Government Levels Affected**

State, Local, Tribal, Federal

**Analysis:**

RIA [*62149]

**Additional Information:**

SAN No. 3243.

403: 3243, 402/404: 3244; 406: 3242; 1018: 3499; Lead Hazard Standards (Section 403)(RIN 2070-AC63); Lead-Based Paint Activities Rules: Training, Accreditation and Certification Rule and Model State Plan Rule (Sections 402 and 404(RIN: 2070-AC64); Lead-Based Paint Disclosure Requirements at Renovation of Target Housing (Section 406)(RIN: 2070-AC65; Lead-Based Paint Hazard Information Requirements at the Transfer of Target Housing: Joint with HUD (Section 1018)(RIN: 2070-AC75); Lead-Based Paint Activities, Training, and Certification: Renovation and Remodeling (Section 402(c)(3))(RIN: 2070-AC83).

Legal Deadlines: Statutory: (Sections 403: 402: 404) Final : Statutory April 28; 1994 (Sections 403; 402; 404), Other Statutory: (Sections 406: 1018) Final; Statutory; October 28; 1994 (Sections 406; 1018); Final Statutory; October 28; 1996 (Section 402(c)(3).

**Agency Contact:**

Doreen Cantor

Environmental Protection Agency

Office of Prevention, Pesticides and Toxic Substances

SE.

Washington, DC 20460

Phone: 202 260-1777

Email: cantor.doreen@epamail.epa.gov

**Rin:** 2070-AD06

**EPA**