49 of 50 DOCUMENTS

FEDERAL REGISTER

Vol. 62, No. 80

Unified Agenda

ENVIRONMENTAL PROTECTION AGENCY (EPA)

**40 CFR Ch. I**

**[FRL-5803-9]**

**Semiannual Regulatory Agenda**

Part XXII

*62 FR 22296*

**DATE:** Friday, April 25, 1997

    **ACTION:** Semiannual regulatory agenda.

---
To view the next page, type .np* TRANSMIT.
To view a specific page, transmit p* and the page number, e.g. p*1
---

[*22296]

    **SUMMARY:** The regulatory agenda is a semiannual publication which lists the Environmental Protection Agency's (EPA) current and projected regulations, reviews of existing regulations, and any actions that have been completed or withdrawn since the November 29, 1996, publication. We encourage public participation in developing these regulations.

    **ADDRESSES:** To be placed on the agenda mailing list, either write to USEPA/NCEPI at PO Box 42419, Cincinnati, Ohio 45242, or fax your request to (513) 489-8695. You may call 1-800-490-9198 for confirmation that your request was received.

**FOR FURTHER INFORMATION CONTACT:** If you have suggestions to improve this publication, comments on rules that may substantially impact small entities, or need general information about the agenda, contact Angela Suber, Office of Regulatory Management and Information, Regulatory Management Division (2136), EPA, 401 M Street SW., Washington, DC 20460, (202) 260-7205. If you need substantive information about a particular entry, the name, address, and telephone number of the agency contact who is most familiar with the subject matter is listed for each action.

**SUPPLEMENTARY INFORMATION:**

**Regulatory Priorities and Schedules**

**Agency Contact:** Doreen Cantor, Environmental Protection Agency, Office of Prevention, Pesticides and Toxic Substances, (7404), Washington, DC 20460
Phone: 202 260-1777
Email: Cantor.Doreen@epamail.epa.gov

**Rin:** 2070-AC37

### 3070.. AMENDMENTS TO TSCA SECTION 8(D) HEALTH AND SAFETY DATA MODEL REPORTING RULE

**Priority:** Substantive, Nonsignificant

**Reinventing Government:** This rulemaking is part of the Reinventing Government effort. It will revise text in the CFR to reduce burden or duplication, or streamline requirements.

**Legal Authority:** *15 USC 2607*(d)/TSCA 8(d)

**CFR Citation:** 40 CFR 716

**Legal Deadline:** None

**Abstract:** Toxic Substances Control Act (TSCA) Health and Safety Data Reporting burden will be evaluated and amendments proposed to achieve a more appropriate balance between reporting burden and Federal information needs. Specifically, the need for data in assessing risk from exposure to chemicals falling under TSCA purview. Aspects addressed by the NPRM will include: definitions of health and safety studies; scope of data elements to be reported; reporting period length; types of studies not subject to reporting; and electronic submissions of data. Resulting amendments are expected to significantly reduce current reporting burdens and streamline health and safety data reporting requirements for all respondents (including small businesses) and contribute to enhancing access to reported information data.

Timetable:
| Action | Date | FR Cite |
|---|---|---|
| NPRM | 04/00/97 | |

**Small Entities Affected:** Businesses

**Government Levels Affected** None

**Analysis:** Regulatory Flexibility Analysis

**Additional Information:** SAN No. 3834.

**Agency Contact:** Frank Kover, Environmental Protection Agency, Office of Prevention, Pesticides and Toxic Substances, SE., Washington, DC 20460
Phone: 202 260-8130
Fax: 202 260-1096

**Rin:** 2070-AD17

### 3071. LEAD-BASED PAINT ACTIVITIES, TRAINING, AND CERTIFICATION: RENOVATION AND REMODELING

**Priority:** Economically Significant. Major status under *5 USC 801* is undetermined.

Unfunded Mandates: Undetermined

**Legal Authority:** PL 102- 550, sec 402(c)(3)

**CFR Citation:** 40 CFR 745

**Legal Deadline:**
Final, Statutory, October 1996.

**Abstract:** Under TSCA title IV, section 402(c)(2) EPA is currently conducting a study to determine whether the activities of individuals engaged in renovation and remodeling activities result in lead exposure levels that may affect the health of workers, building occupants or the environment is at risk, the Agency must proceed to develop regulations under Section 402(c)(3). These regulations would require that individuals engaged in renovation and remodeling activities acquire training and obtain certification. These training and certification requirements would be similar to those that the Agency is developing for individuals performing lead- based paint abatement under Section 402(a) of TSCA, Title IV.

Timetable:

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 03/00/98 | |
| Final Action | 03/00/99 | |

**Small Entities Affected:** Undetermined

**Government Levels Affected** Undetermined

**Analysis:** Regulatory Flexibility Analysis; RIA

**Additional Information:** SAN No. 3557.

**Agency Contact:** Doreen Cantor, Environmental Protection Agency, Office of Prevention, Pesticides and Toxic Substances, (7404), Washington, DC 20460
Phone: 202 260-1777
Email: cantor.doreen@epamail.epa.gov

**Rin:** 2070-AC83

### 3072. LEAD FEE RULE FOR LEAD-BASED PAINT ACTIVITIES TRAINING AND CERTIFICATION

**Priority:** Other Significant

**Legal Authority:** PL 102-550; TSCA 404; Title IV of TSCA

**CFR Citation:** 40 CFR 745

**Legal Deadline:** None

**Abstract:** This rule is mandated by section 402(a) of the Toxic Substances Control Act (TSCA) for the purpose of implementing a fee schedule for lead-based paint activities that were addressed in the TSCA section 402 rule, 40 CFR Part 745 Lead; Requirements for Lead-Based Paint Activities in Target Housing and Child-Occupied Facilities, which published on August 28, 1996. The fee schedule will establish a framework for states to process applications for training providers of lead-Based paint training courses and for certification of workers engaged in lead-based paper activities in the five disciplines delineated in the section 402 rule.