46 of 50 DOCUMENTS

FEDERAL REGISTER

Vol. 63, No. 80

Unified Agenda

ENVIRONMENTAL PROTECTION AGENCY (EPA)

**40 CFR Ch. I**

[FRL-5980-5]

**Semiannual Agenda of Regulatory and Deregulatory Actions**

Part XXII

*63 FR 22602*

**DATE:** Monday, April 27, 1998

**ACTION:** Semiannual Agenda of Regulatory and Deregulatory Actions.

---
To view the next page, type .np* TRANSMIT.
To view a specific page, transmit p* and the page number, e.g. p*1
---

[*22602]

**SUMMARY:** The Environmental Protection Agency (EPA) publishes the EPA Agenda of Regulatory and Deregulatory Actions twice each year as part of the Unified Agenda of Federal Regulatory and Deregulatory Actions. We do this to let the public know about:

. Regulations currently under development,

. Reviews of existing regulations, and

. Rulemakings completed or terminated since the last Agenda.

ADDRESSES TO BE PLACED ON THE AGENDA MAILING LIST: If you would like to receive copies of future Agendas, please send a note with your mailing address to one of the following:

. By Mail to USEPA/NCEPI at P.O. Box 42419, Cincinnati, Ohio 45242,

. By Fax to (513) 489-8695, or

. By E-mail to ncepi.mail@epamail.epa.gov.

There is no charge for single copies of the Agenda.

| Timetable: Action | Date | FR Cite |
|---|---|---|
| NPRM | 06/00/98 | |
| Final Rule | 12/00/99 | |

**Small Entities Affected:** Businesses, Organizations

**Government Levels Affected** State, Local, Federal

**Analysis:** Regulatory Flexibility Analysis

**Additional Information:** SAN No. 3508

**Agency Contact:** Ellie Clark, Environmental Protection Agency, Office of Prevention, Pesticides and Toxic Substances, 7404, Washington, DC 20460
Phone: 202 260-3402
Email: clark.ellie@epamail.epa.gov

**Rin:** 2070-AC72

### 3442. LEAD; SELECTED RULEMAKINGS FOR ABATING LEAD HAZARDS

**Priority:** Economically Significant. Major status under *5 USC 801* is undetermined.

**Legal Authority:** *15 USC 2683;* PL 102-550

**CFR Citation:** 40 CFR 745

**Legal Deadline:**
Final, Statutory, April 15, 1994, (Sections 402(a) - 403 - 404).
Other, Statutory, October 28, 1994, See additional information.

**Abstract:** The Residential Lead-Based Hazard Reduction Act of 1992 requires EPA to promulgate a number of regulations intended to address lead poisoning in the U.S. EPA is to promulgate regulations to (a) identify the paint conditions and lead levels in dust and soil that would result in adverse human health effects (section 403) (on July 14, 1994, EPA issued guidance to provide preliminary information while a proposal is being developed); (b) promulgate regulations (section 402(a)) governing lead-based paint activities to ensure that individuals engaged in such activities are properly trained, that training programs are accredited, and that contractors engaged in such activities are certified (in addition, EPA must promulgate a Model State program (section 404) which may be adopted by any State which seeks to administer and enforce a State Program); (c) promulgate regulations (section 406) requiring renovators to provide a lead hazard information brochure (developed separately by EPA) to clients before beginning work; (d) promulgate, with HUD, regulations (section 1018) that require the following before the sale or lease of pre-1978 housing: disclosure of lead-based paint hazards, provisions of a lead-paint information brochure to the prospective buyer or renter, and for buyers, and the opportunity to conduct a lead risk assessment or inspection; and (e) promulgate regulations (section 402(c)(3)) addressing lead risks from renovation and remodeling activities or state why no regulation is necessary.

| Timetable: Action | Date | FR Cite |
|---|---|---|
| NPRM Section 406(b) | 03/02/94 | *59 FR 11108* |
| NPRM Sections 402(a) and 404 (Residential) | 09/02/94 | *59 FR 45872* |
| NPRM section 1018 | 11/02/94 | *59 FR 54984* |
| Final Rule Section | 03/06/96 | *61 FR 9064* |

| Timetable: Action | Date | FR Cite |
|---|---|---|
| 1018 Final Rule Sections 402(a) and 404 (Residential) | 08/29/96 | *61 FR 45778* |
| NPRM Section 402(a) (Debris) | 06/00/98 | |
| Final Rule Section 406(b) | 06/00/98 | |
| NPRM Section 403 | 08/00/98 | |
| NPRM Sections 402(a)(3)/404(h) | 08/00/98 | |
| NPRM Section 402(a) (Buildings & Structures) | 02/00/99 | |
| NPRM Section 402(c) (Remodeling & Renovation) | 05/00/99 | |
| Final Rule Section 402(a) (Debris) | 12/00/99 | |
| Final Rule Section 403 | 12/00/99 | |
| Final Rule Sections 402(a)(3)/404(h) | 02/00/00 | |
| Final Rule Section 402(a) (Buildings & Structures) | 04/00/00 | |
| Final Rule Section 402(c) (Remodeling & Renovation) | 06/00/00 | |

**Small Entities Affected:** Businesses, Governmental Jurisdictions, Organizations

**Government Levels Affected** State, Local, Tribal, Federal

**Additional Information:** SAN No. 3243

Lead Hazard Standards (section 403)(RIN 2070-AC63). SAN 3244 - [*22694] Lead-Based Paint Activities Rules: Training, Accreditation and Certification Rule and Model State Plan Rule (sections 402 and 404) (RIN: 2070-AC64). SAN 3242 - Lead-Based Paint Disclosure Requirements at Renovation of Target Housing (section 406)(RIN: 2070-AC65). SAN 3499 - Lead-Based Paint Hazard Information Requirements at the Transfer of Target Housing: Joint with HUD (section 1018)(RIN: 2070-AC75) Lead-Based Paint Activities, Training, and Certification: Renovation and Remodeling (Section 402(c)(3))(RIN: 2070-AC83).

Legal Deadlines: Final: Statutory; April 28, 1994 (sections 403; 402; 404), Final: Statutory; October 28, 1994 (sections 406(b); 1018), Final: Statutory; October 28, 1996 (section 402(c)), Final: Statutory; August 30, 1998 (sections 404(h), 402(a)(3)). Additional Legal deadline information: Fin. Stat. (sec. 1018; 406(b)); Fin. Stat.; 10/28/96 (sec. 402(c)); Fin. Stat.; 08/30/98 (sec. 404(h); 402(a)(3))

**Agency Contact:** Ellie Clark, Environmental Protection Agency, Office of Prevention, Pesticides and Toxic Substances, 7404, Washington, DC 20460
Phone: 202 260-3402
Email: clark.ellie@epamail.epa.gov