40 of 50 DOCUMENTS

FEDERAL REGISTER

Vol. 63, No. 216

Unified Agenda

REGULATORY INFORMATION SERVICE CENTER

Introduction to The Regulatory Plan and the Unified Agenda of Federal Regulatory and Deregulatory Actions

Part II

*63 FR 61206*

**DATE:** Monday, November 9, 1998

**ACTION:** Introduction to The Regulatory Plan and the Unified Agenda of Federal Regulatory and Deregulatory Actions.

---
To view the next page, type .np* TRANSMIT.
To view a specific page, transmit p* and the page number, e.g. p*1

---

[*61206]

**SUMMARY:** The Regulatory Flexibility Act requires that agencies publish semiannual regulatory agendas describing regulatory actions they are developing *(5 U.S.C. 602)*. Executive Order 12866 "Regulatory Planning and Review" *(58 FR 51735;* October 4, 1993) and Office of Management and Budget memoranda implementing section 4 of that Order establish minimum standards for agencies' agendas, including specific types of information for each entry.

The Unified Agenda helps agencies fulfill all of these requirements. All Federal regulatory agencies have chosen to publish their regulatory agendas as part of this publication.

Section 4 of Executive Order 12866 also directs that, as part of their submissions to the October edition of the Unified Agenda, agencies prepare a regulatory plan of the most important significant regulatory actions that the agency reasonably expects to issue in proposed or final form during the upcoming fiscal year. The agency plans appear as the first section of this joint publication; the agency agendas follow.

**The Regulatory Plan** begins with Vice President Gore's statement, followed by an introduction, and then the regulatory plans of 29 Federal departments and agencies. Each of these agencies has also submitted a regulatory agenda describing its other regulatory actions. The regulatory agendas for these and 33 other Federal agencies appear in Parts III-LXIV of this issue of the **Federal Register**, followed by indexes to both Plan and Agenda entries.

We welcome your comments on this joint publication and your suggestions for improving future ones.

**ADDRESSES:** Regulatory Information Service Center (MI), General Services Administration, 1800 F Street NW., Suite 3033, Washington, DC 20405.

**Electronic Availability**

All editions of **The Regulatory Plan** and the **Unified Agenda of Federal Regulatory and Deregulatory Actions** since October 1995 are available in electronic form. You can search the Plan and the Agenda on the World Wide Web at:

http://reginfo.gov

You may also search the Plan and the Agenda on the Government Printing Office's GPO Access, which is accessible through:

http://www.access.gpo.gov

**FOR FURTHER INFORMATION CONTACT:** For further information about specific regulatory actions, please refer to the Agency Contact listed for each entry.

To provide comment on or to obtain further information about this publication, contact: Mark G. Schoenberg, Executive Director, Regulatory Information Service Center (MI), General Services Administration, 1800 F Street NW., Suite 3033, Washington, DC 20405, (202) 482-7350. You may also send comments to us by e-mail at:

RISC@gsa.gov

**SUPPLEMENTARY INFORMATION:**

## TABLE OF CONTENTS

| | Page |
|---|---|
| Statement by the Vice President | 61203 |
| Introduction to The Regulatory Plan and the Unified Agenda of Federal Regulatory and Deregulatory Actions | |
| I. What Are the Unified Agenda and The Regulatory Plan? | 61206 |
| A. What Are the Limitations of the Information? | 61206 |
| II. Why Are the Unified Agenda and The Regulatory Plan Published? | 61206 |
| III. How Are The Regulatory Plan and the Unified Agenda Organized? | 61207 |
| IV. What Information Appears for Each Entry? | 61207 |
| V. Abbreviations | 61209 |
| VI. How Can Users Get Copies of the Plan and the Agenda? | 61209 |

### AGENCY REGULATORY PLANS
#### Cabinet Departments

| | |
|---|---|
| Department of Agriculture | 61210 |
| Department of Commerce | 61224 |
| Department of Defense | 61231 |
| Department of Education | 61235 |
| Department of Energy | 61237 |
| Department of Health and Human Services | 61242 |
| Department of Housing and Urban Development | 61259 |
| Department of the Interior | 61269 |
| Department of Justice | 61278 |
| Department of Labor | 61284 |
| Department of Transportation | 61315 |
| Department of the Treasury | 61331 |
| Department of Veterans Affairs | 61339 |

#### Other Executive Agencies

This action will secure data on describing how chemicals in commerce are used; this data is essential to determine possible exposure routes and scenarios. Using these exposure estimates, EPA's toxics program will be able to better focus on chemical risks of most concern.

Timetable:

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 02/00/99 | |

Regulatory Flexibility Analysis Required:

No

**Small Entities Affected:**

Businesses

**Government Levels Affected**

Federal

**Additional Information:**

SAN No. 3301 [*61355]

**Agency Contact:**

Susan Krueger

Environmental Protection Agency

Office of Prevention, Pesticides and Toxic Substances

7406

Washington, DC 20460

Phone: 202 260-1713

Email: krueger.susan@epa.gov

**Rin:** 2070-AC61

**EPA**

**109. LEAD; RULEMAKINGS UNDER TSCA SECTION 402, LEAD-BASED PAINT ACTIVITIES**

**Priority:**

Economically Significant. Major status under *5 USC 801* is undetermined.

**Legal Authority:**

*15 USC 2683*

**CFR Citation:**

40 CFR 745

**Legal Deadline:**

Final, Statutory, April 28, 1994, (Sections 402(a) - 404).

Other, Statutory, October 28, 1996, Section 402(c)(3)).

**Abstract:**

The Residential Lead-Based Hazard Reduction Act of 1992 (title X) amended TSCA by adding a new Title IV. TSCA section 402, Lead-Based Paint Activities Training and Certification directs EPA to promulgate a number of regulations intended to address the nation's need for a qualified and properly trained workforce to assist in the prevention, detection, and elimination of hazards associated with lead-based paint. EPA is required to promulgate (a) regulations governing lead-based paint activities to ensure that individuals engaged in such activities are properly trained, that training programs are accredited, and that contractors engaged in such activities are certified (section 402(a); (b) a Model State program which may be adopted by any State which seeks to administer and enforce a State Program for the requirements established under TSCA section 402 (section 404); (c) a rule addressing lead risks from renovation and remodeling activities or state why no regulation is necessary (section 402(c)(3)); and (d) a rule establishing a fee schedule for the lead-based paint training, certification, and accreditation activities addressed in the rules developed under TSCA section 402 (section 402(a)(3)). Additionally, in response to other Federal agencies and several States and advocacy groups who were concerned that the high costs of disposing of lead-based paint debris as a RCRA hazardous waste were discouraging residential lead abatements, EPA is using its authority under TSCA section 402(a) to address the disposal of lead-based paint debris that will result from the lead-based paint activities regulated under TSCA section 402. To minimize duplication of waste management requirements, EPA is developing a companion RCRA rule to suspend temporarily hazardous waste management regulations (i.e., Toxicity Characteristic Rule) applicable to lead-based paint debris which will be subject to the new TSCA standards. These rules are listed separately in the Regulatory Agenda.

**Statement of Need:**

Childhood lead poisoning is a pervasive problem in the United States, with almost a million young children having more than 10 ug/dl of lead in their blood, Center for Disease Control's level of concern. Although there have been dramatic declines in blood-lead levels due to reductions of lead in paint, gasoline, and food sources, remaining paint in older houses continues to be a significant source of childhood lead poisoning. These rules will help ensure that individuals and firms conducting lead-based paint activities will do so in a way that safeguards the environment and protects the health of building occupants, especially children under 6 years old.

**Summary of the Legal Basis:**

These regulations are mandated by TSCA section 402.

**Alternatives:**

Alternatives to each of the mandated activities will be analyzed.

**Anticipated Costs and Benefits:**

For the section 402(a)/404 (Residential) rule, the costs have been provided in the final economic impact analysis that was prepared in conjunction with the final rule. For the remainder of the section 402 rules, costs will be estimated in the draft economic impact analyses that will be prepared for the proposed rules. Since benefits depend on private sector implementation of certain lead hazard abatement activities which are not mandated by any of these rules, benefits will be difficult to quantify.

**Risks:**

These rules are aimed at reducing the prevalence and severity of lead poisoning, particularly in children.

| Timetable: Action | Date | FR Cite |
|---|---|---|
| NPRM Sections 402(a) and 404 (Residential) | 09/02/94 | *59 FR 45872* |
| Final Rule Sections 402(a) and 404 (Residential) | 08/29/96 | *61 FR 45778* |
| NPRM Section 402(a)(3) | 09/02/98 | *63 FR 46734* |
| Direct Final Rule | 09/02/98 | *63 FR 46668* |
| Withdraw Direct Final Rule | 10/16/98 | *63 FR 55547* |
| NPRM Section 404(h) | 10/00/98 | |
| NPRM Section 402(a) (Debris) | 11/00/98 | |
| Final Rule Sections 402(a)(3)/404(h) | 08/00/99 | |
| NPRM Section 402(a) (Buildings & Structures) | 09/00/99 | |
| NPRM Section 402(c) (Remodeling & Renovation) | 09/00/99 | |
| Final Rule Section 402(a) (Debris) | 11/00/00 | |
| Final Rule Section 402(a) (Buildings & Structures) | 09/00/01 | |
| Final Rule Section 402(c) (Remodeling & Renovation) | 09/00/01 | |

Regulatory Flexibility Analysis Required:

No

**Small Entities Affected:**

Businesses, Governmental Jurisdictions, Organizations

**Government Levels Affected**

State, Local, Tribal, Federal

**Additional Information:**

SAN No. 3243

Lead-Based Paint Activities Rules: Training, Accreditation and Certification Rule and Model State Plan Rule (sections 402 and 404)(SAN 3244; RIN 2070-AC64); Lead-Based Paint Activities, Training, and Certification: Renovation and Remodeling (section 402(c)(3))(SAN 3557; RIN 2070-AC83); Lead Fee Rule for Lead-Based Paint Activities Training and Certification (section 402(a)(3)) (SAN 3881; RIN 2070-AD11); Lead-Based Paint: Notification of Commencement of Abatement Activities (section 404(h)) (SAN 4172; RIN 2070-AD31); Lead: TSCA Requirements for the Disposal of Lead-Based Paint Debris (section 402(a)) and Temporary Suspension of [*61356] Toxicity Characteristic Rule for Specified Lead-Based Paint Debris (RCRA sections 1006(b)(1) and 2002)(SAN 3508; RIN 2070-AC72).

**Agency Contact:**

Ellie Clark

Environmental Protection Agency

Office of Prevention, Pesticides and Toxic Substances

7404

Washington, DC 20460

Phone: 202 260-3402

Email: clark.ellie@epa.gov

**Rin:** 2070-AD06

**EPA**

## 110. ASBESTOS; AMENDMENTS TO THE ASBESTOS-CONTAINING MATERIALS IN SCHOOLS RULE, MODEL ACCREDITATION PLAN, AND WORKER PROTECTION RULE

**Priority:**

Other Significant

**Reinventing Government:**

This rulemaking is part of the Reinventing Government effort. It will revise text in the CFR to reduce burden or duplication, or streamline requirements.

**Legal Authority:**

*15 USC 2605* TSCA sec 6; *15 USC 2607* TSCA sec 8; *15 USC 2647* TSCA sec 7

**CFR Citation:**

40 CFR 763

**Legal Deadline:**

None

**Abstract:**