IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br>  Defendant; and <br><br> NATIONAL ASSOCIATION OF HOME BUILDERS, <br><br>  Intervenor. | No. 05-cv-02437 (CKK) |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs Public Employees for Environmental Responsibility, et al., (collectively, "PEER") and Defendant Stephen Johnson, Administrator, United States Environmental Protection Agency ("EPA"), hereby move the Court to stay all proceedings in this litigation for a period of 180 days. Counsel for PEER and EPA have conferred with counsel for Intervenor National Association of Home Builders ("NAHB"), who indicates that this Motion is not opposed.

This stay is necessary to allow counsel for EPA time to seek approval for a proposed Consent Decree that would resolve this matter. In its Complaint, PEER alleged that EPA had failed to perform a non-discretionary duty to promulgate certain regulations described in § 402 of the Toxic Substances Control Act, 15 U.S.C. § 2682, and PEER sought a judgment to compel

EPA to promulgate such regulations. The proposed Consent Decree provides that EPA shall take final action on regulations proposed in the following notices: *"Lead; Renovation, Repair, and Painting Program; Proposed Rule,"* 71 Fed. Reg. 1588 (January 10, 2006); and *"Lead; Renovation, Repair, and Painting Program; Supplemental Notice of Proposed Rulemaking,"* 72 Fed. Reg. 31,0222 (June 5, 2007) ("COF Proposal"). The Consent Decree also describes the time in which EPA must take such final action and contains a provision for settlement of PEER's claim for attorneys' fees, costs, and expenses.

The stay requested by this Motion will give counsel for EPA an opportunity to seek the required approval of authorized officials at EPA and DOJ for the proposed consent decree, and give the parties time to prepare a motion for entry of the proposed Consent Decree. Because the proposed Consent Decree will resolve disputed issues in this litigation and promote judicial economy, there is good cause to grant this Motion.

For the foregoing reasons, PEER and EPA request that this Motion be granted, and that the Court stay all proceedings in this litigation for a period of 180 days or until the parties move for entry of the proposed Consent Decree, whichever is sooner.

Respectfully submitted,

For Plaintiffs:


 /s/ by permission
Paula Dinerstein, Senior Counsel
Public Employees for Environmenal Responsibility
2000 P Street, NW
Suite 240
Washington, DC 20036
202-265-7337

For Defendant:

_____
David Gunter, Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026
202-514-3785

Dated: August 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br>    Defendant; and <br><br> NATIONAL ASSOCIATION OF HOME BUILDERS, <br><br>    Intervenor. | No. 05-cv-02437 (CKK) |

## [PROPOSED] ORDER FOR STAY OF PROCEEDINGS

Upon consideration of the Joint Motion to Stay Proceedings filed by Plaintiff Public Employees for Environmental Responsibility and Defendant Stephen Johnson on August 28, 2007, and upon the representation of counsel that the Motion is unopposed, and finding that good cause exists to grant the Motion,

The Joint Motion to Stay Proceedings is GRANTED, and all proceedings in this litigation are hereby STAYED for a period of 180 days, or until the parties move the Court for further proceedings.

SO ORDERED.

Dated: _____

Hon. Colleen Kollar-Kotelly
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendant; and <br><br> NATIONAL ASSOCIATION OF HOME BUILDERS, <br><br> Intervenor. | No. 05-cv-02437 (CKK) |

## CERTIFICATE OF SERVICE

I certify that on August 28, 2007, I filed the foregoing Joint Motion for Stay of Proceedings via the electronic filing system for the U.S. District Court for the District of Columbia, and that the following counsel of record are registered in that system to receive electronic service of filings in this case:

Richard E. Condit          r1condit1@earthlink.net

Paula Naomi Dinerstein     pdinerstein@peer.org

Thomas Charles Jackson     thomas.jackson@bakerbotts.com


_____
David Gunter