IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, <br><br> Defendant; and <br><br> NATIONAL ASSOCIATION OF HOME BUILDERS, <br><br> Intervenor. | No. 05-cv-02437 (CKK) |

**] ORDER FOR STAY OF PROCEEDINGS**

Upon consideration of the Joint Motion to Stay Proceedings filed by Plaintiff Public Employees for Environmental Responsibility and Defendant Stephen Johnson, and upon the representation of counsel that the Motion is unopposed, and finding that good cause exists to grant the Motion,

The Joint Motion to Stay Proceedings is GRANTED, and all proceedings in this litigation are hereby STAYED for a period of 180 days, or until the parties move the Court for further proceedings.

SO ORDERED.

Dated: Sept. 21, 2007

Hon. Colleen Kollar-Kotelly
United States District Judge