## EXHIBIT A TO SETTLEMENT AGREEMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., </br></br> Plaintiffs, </br></br> v. </br></br> STEPHEN JOHNSON, Administrator, United States Environmental Protection Agency, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) No. 05-cv-02437 (CKK) ) ) ) ) ) ) ) |

### JOINT STIPULATION OF DISMISSAL

WHEREAS, pursuant to Fed. R. Civ. P. 41, Plaintiffs and Defendant ("the Parties") jointly stipulate that all of Plaintiffs' claims in this litigation have been resolved by a Settlement Agreement that has been negotiated and approved by all Parties;

NOW THEREFORE, the Parties jointly stipulate that this litigation should be DISMISSED, with each party bearing its own attorneys' fees, costs and expenses, except as provided in the Settlement Agreement. This dismissal shall be with prejudice, subject to the conditions explicitly stated in the Settlement Agreement.

SO STIPULATED:

For Plaintiffs:

*Paula Dinerstein*
Paula Dinerstein, Senior Counsel
Public Employees for Environmenal Responsibility

2000 P Street, NW
Suite 240
Washington, DC 20036
202-265-7337

For Defendant:

Ronald J. Tenpas, Assistant Attorney General
Environment and Natural Resources Division

*/s/ David Gunter*

David Gunter, Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026
202-514-3785

Dated: January 31, 2008

SO ORDERED:

Dated: _____     _____
                               Hon. Colleen Kollar-Kotelly
                               United States District Judge